IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JUNE E. ROUNDS-RHEAUME,

             Plaintiff,

  v.

JOHN C. DOWLING, BRIAN D. VAUGHAN,
SANDRA K. PRISBE, CYNDA DEMONTIGNY, BARB
WOEHRL, and BOARD OF REGENTS OF
UNIVERSITY OF WISCONSIN SYSTEM,

             Defendants.

ORDER

16-cv-146-jdp

---

     Pro se plaintiff June E. Rounds-Rheaume is proceeding on Title VII retaliation and First Amendment retaliation claims. Rounds-Rheaume contends that after she quit her job, defendants prevented her from finding other employment by refusing to give prospective employers an accurate description of her position. Rounds-Rheaume moved for summary judgment. Dkt. 36. But her supporting submissions, Dkt. 29, Dkt. 30, Dkt. 35, did not comply with the court's requirements for proposed findings of fact. The court denied her motion without prejudice and asked her to file new proposed findings of fact, Dkt. 39.

     Rounds-Rheaume has now filed new proposed findings of fact. Dkt. 40. Because Rounds-Rheaume is pro se, I must construe her submissions liberally. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (per curiam). So, giving her the leeway that a pro se party deserves, I conclude that with these new proposed findings of fact, she has submitted a viable motion for summary judgment. Accordingly, I will deem that she has renewed her motion for summary judgment, Dkt. 36. Her proposed findings of fact are stated in Dkt. 40, and the evidentiary materials offered in support are those cited in Dkt. 40.

In anticipation of a motion for summary judgment by defendants, I will set a briefing schedule for Rounds-Rheaume's motion that will let the court consider both side's motions at the same time.

ORDER

IT IS ORDERED that:

1. Defendants John C. Dowling, Brian D. Vaughan, Sandra K. Prisbe, Cynda Demontigny, Barb Woehrl, Board of Regents of the University of Wisconsin System may have until May 1, 2017, to file a response to plaintiff June E. Rounds-Rheaume's renewed motion for summary judgment, Dkt. 36, and proposed findings of fact, Dkt. 40.

2. Plaintiff may have until May 1, 2017, to file her response to any motion for summary judgment filed by defendants.

3. Replies to motions for summary judgment will be due by May 11, 2017.

Entered March 10, 2017.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge