## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JUNE E. ROUNDS-RHEAUME,

                                                                         **JUDGMENT IN A CIVIL CASE**

    Plaintiff,

                                                                    16-cv-146-jdp

v.

UNIVERSITY OF WISCCONSIN STATE
LABORATORY OF HYGIENE, JOHN C.
DOWLING, BRIAN D. VAUGHAN,
SANDRA K. PRISBE, CYNDA
DEMONTIGNY, BARB WOEHRL, and
BOARD OF REGENTS OF UNIVERSITY OF
WISCONSIN SYSTEM,

    Defendants.

---

      This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

      (1) denying plaintiff June E. Rounds-Rheame leave to proceed and dismissing her claims against the University of Wisconsin State Laboratory of Hygiene; and

      (2) granting summary judgment in favor of John C. Dowling, Brian D. Vaughan, Sandra K. Prisbe, Cynda Demontigny, Barb Woehrl, and the Board of Regents of the University of Wisconsin System and dismissing this case.

| | |
|---|---|
| /s/ | 8/30/2017 |
| Peter Oppeneer, Clerk of Court | Date |